UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

JOSHUA JEFFREY PAGE,

                    Plaintiff,                 Case No. 2:20-cv-215

v.                                      Honorable Paul L. Maloney

J. CORRIGN et al.,

                    Defendants.

_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   March 24, 2021              /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge